Law Offices
# JOEL K. DRANOVE
225 Broadway
Suite 1804
New York, New York 10007
--
Tel. 212-619-5700

May 13, 2008

Via ECF

Honorable Frederic Block
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: USA v. Kenneth Eng; 08-66 (FB)

Dear Judge Block:

    Counsel represents Mr. Eng, who is released under bond and strict home detention.

    Mr. Eng requests permission to travel to his dentist for necessary treatment. He has made an appointment for Saturday, May 24, 2008, at the offices of Dennis Dong, DDS, 48 - 05 Kissena Blvd., Flushing, NY 11355; phone number 718-886-3715.

    The appointment is for 11:00 am.

    He will notify his Pre-trial supervision officer of the results of this application, and, if the application is granted, coordinate the particulars with her.

    AUSA Carter Burwell has no objection to the grant of this request.

                                            Respectfully submitted,

                                               JOEL K. DRANOVE

cc: AUSA Carter Burwell (via ECF)