MLM:CHB
F.#2007R00985

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

KENNETH ENG,

          Defendant.

- - - - - - - - - - - - - - - - - -X

FILED ORIGINAL
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 05 2008 ★

BROOKLYN OFFICE

S U P E R S E D I N G
M I S D E M E A N O R
I N F O R M A T I O N

Cr. No. 08-66 (S-1) (FB)
(T. 18, U.S.C., §§
245(b)(4)(A) and 3551 et
seq.)

THE UNITED STATES ATTORNEY CHARGES:

In or about July 2004, within the Southern District of New York, the defendant KENNETH ENG did by force and threat of force knowingly and willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with John Doe #1, whose identity is known to the United States Attorney, because John Doe #1 was, and in order to intimidate John Doe #1 from, participating in and enjoying, without discrimination on account of race and color, the benefits of educational programs and activities at New York University, which receives Federal financial assistance.

(Title 18, United States Code, Sections 245(b)(4)(A) and 3551 et seq.)

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

#32