PROB 19
(Rev. 5/92)

# UNITED STATES DISTRICT COURT

for

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 1 0 2010 ★

__Eastern District of New York__

BROOKLYN OFFICE

U.S.A. vs    Kenneth Eng                Docket No.   08-CR-66 (S-1)-01

TO:[1]    Any United States Marshal or any other
authorized officer

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |
|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |

| NAME OF SUBJECT | | SEX | RACE | AGE |
|---|---|---|---|---|
| Kenneth Eng | | Male | Asian | 27 |
| ADDRESS (STREET, CITY, STATE) | | | | |
| 58-73 201ˢᵗ Street, Bayside NY 11364 | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) | | DATE IMPOSED | | |
| Honorable Frederic Block | | July 25, 2008 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) | | | | |
| Eastern District of New York, Brooklyn NY | | | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ROBERT C. HEINEMANN | | NOV 09 2009 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED 11/04/09 | DATE EXECUTED 3/10/10 |
| EXECUTIVE AGENCY (NAME AND ADDRESS)  225 CADMAN E | | |
| | | |
| NAME  Enjore Corcoran | (BY) Gary Carr | DATE 3/10/10 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for ____ED____ District of __NY__ ;" or "any United States Marshal;" or "any special agent of the Federal Bureau of Investigation;" or "any United States Marshal or any special agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."