# 翁振信 律師

## JOHN S. YONG     Attorney at Law

39 East Broadway, Suite 604, New York, NY 10002

Tel: (212) 233-6855 • Fax: (212) 233-6107

June 3, 2013

District Court Judge Block
225 Cadman Plaza
Brooklyn, NY

Re: Kenneth Eng, 08-CR-66

      Pursuant to the court's request for a letter recommending the appropriate disposition of Mr. Eng's case before your honor, I am submitting such letter. I entered a notice of appearance before your honor on March 18, 2010. According to ECF, probation officer Carter and the assistant United States Attorney, no plea of guilty has been entered as to the charges on the violation of probation. There have been many appearances before your honor wherein the court has been given many updates over the course of over three years.

      Throughout the period of this court supervision, Mr. Eng has been compliant with his monthly injectable medication and his ongoing psychological therapy with Dr. Keller who appeared before this court and updated this court with periodic reports. During the course of this supervision, He has complied with all requirements made upon him by Queens TASC and Dr. Barber has also appeared before your honor to give a prognosis on Mr. Eng. Mr. Eng also participated in Partial Hospital Program for a period of six weeks completing that program in March of 2010.

      During the pendency of his supervision, Mr. Eng has been monitored by GPS and has been compliant with all requirements. Despite some difficulties regarding Mr. Eng's relationship with the probation department, Mr. Eng continues to be compliant with all appointments made and all requests made on him by the probation department.

      It is Counsels recommendation that Mr. Eng be allowed plead guilty to having violated probation by his guilty plea to a criminal case in queens and that he be sentenced to time served. I believe that all parties are in agreement that this a fair and just disposition to this violation of probation wherein probation and the court have monitored Mr. Eng over the course of three years.

Yours,

*John Yong (JY1101)*
39 East Broadway Suite 604
New York, NY 10002

Cc: David Pitluck assistant USA